IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Johnathan Martia Daniels, ) | C/A No.: 3:20-1051-DCN-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| Siemens U.S.A.; Siemens ) | |
| Aktiengesellschaft; Siemens ) | |
| Industry Inc.; Joe Kaeser; and ) | |
| Michael Conaghan, ) | |
| ) | |
| Defendants. ) | |
| ) | |

This matter comes before the court on the motion of Johnathan Martin Daniels ("Plaintiff") to amend his complaint. [ECF No. 24]. Plaintiff seeks to amend his complaint to remove his claims against Siemens U.S.A. and Siemens Aktiengesellschaft and to clarify his remaining claims. Plaintiff's motion to amend is granted. The Clerk of Court is directed to file ECF No. 24-2 as a new docket entry.

Plaintiff has otherwise failed to bring this case into proper form. Plaintiff is directed to do the following by September 22, 2020:

    1) Provide a copy of his right to sue letter from the Equal Employment Opportunity Commission.

    2) Provide the necessary additional paperwork for international service. Plaintiff is attempting to sue an individual (Joe Kaeser) who appears to be a resident of Germany. As more fully explained in ECF No. 9, Kaeser must be served in accordance

1

with the Hague Convention. However, Plaintiff must provide materials, in addition to the Complaint and summonses, to the United States Marshal for international service. To proceed further with service on foreign defendant(s), Plaintiff should contact the civil process office of the United States Marshal, 901 Richland Street, Columbia South Carolina 29201 to determine any potential costs of service. The telephone number is (803) 765-5821.

As this case has been reassigned to the undersigned, Plaintiff is directed to place the civil action number (3:20-1051-DCN-SVH) on all documents filed with the court. All filings may be mailed to the Clerk of Court, United States District Court, 901 Richland Street, Columbia, South Carolina 29201.

IT IS SO ORDERED.

August 31, 2020                               Shiva V. Hodges
Columbia, South Carolina              United States Magistrate Judge