IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Johnathan Martia Daniels, | ) | C/A No.: 3:20-1051-DCN-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Siemens Industry Inc.; Joe Kaeser; and Michael Conaghan, | ) | |
| | ) | |
| Defendants. | ) | |

 This is a civil action filed by a pro se litigant. Under Local Civ. Rule 73.02(B)(2)(e) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

 By orders dated October 23, 2020, the undersigned authorized the United States Marshal Service ("USMS") to effect service of process. On November 4, 2020, the USMS advised that they are not responsible for service of process on foreign defendant Joe Kaeser. [ECF No. 35]. Therefore, the Clerk of Court is directed to transmit the service documents for Joe Kaeser to the German Central Authority.

**TO PLAINTIFF**:

 Plaintiff **must** provide, and is responsible for, information sufficient to identify and serve defendants on the Forms USM-285 and Forms USM-94. The United States Marshal cannot serve an inadequately identified defendant. **Unserved defendants may be dismissed as parties to this case if not served within the time limit governed by Rule 4(m) and this order.**

 Pursuant to Fed. R. Civ. P. 5, any documents filed subsequent to the initial pleading must be served on parties. Unless otherwise ordered, service of subsequently filed documents on a defendant represented by an attorney is made on the attorney. Service on attorneys who have made an appearance in this court is effected by the court's Electronic Case Filing system through a computer generated notice of electronic filing. However, prior to defendants'

1

attorney making an appearance in this court, Plaintiff must serve defendants with any documents Plaintiff files subsequent to the initial pleading and file a certificate of service that states who was served, what document was served, and how the document was served.

    IT IS SO ORDERED.

November 5, 2020
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge

2