IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Johnathan Martia Daniels, | C/A No.: 3:20-1051-DCN-SVH |
| Plaintiff, | |
| vs. | ORDER |
| Siemens Industry Inc.; Joe Kaeser; and Michael Conaghan, | |
| Defendants. | |

This matter comes before the court on the court's receipt of a letter from German officials related to service under the Hague Convention. [ECF No. 56]. This is a civil action filed by a pro se litigant. Under Local Civ. Rule 73.02(B)(2)(e) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

The letter received by the court is written in German and appears to provide deficiencies in service. Specifically, it appears the letter addresses whether service of the court's orders is required and, if so, noting that the orders should be provided in German.[1]

Even considering Plaintiff's pro se status, this court has provided greater than average assistance to permit Plaintiff to serve a German citizen. The court has already advised Plaintiff of the significant concerns it has regarding the viability of his claims against Kaeser. [ECF No. 22 at 5–7]. Nevertheless, the court has spent considerable resources determining how to navigate service under the Hague Convention on a foreign defendant. The court has gone above the call of duty and consulted with the Office of International Judicial Assistance of the Department of Justice. At this point, any final action to perfect service is Plaintiff's responsibility. The court cannot provide Plaintiff

---

[1] The court has used unofficial translation services in attempts to obtain a general idea of the contents of the letter. The court is unaware of any authority making the court responsible for translation services in a civil case.

1

legal advice concerning his next steps, and the court is not responsible for any translation services. The matter will continue to proceed as to the other parties.

    IT IS SO ORDERED.

December 14, 2020  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge

2